IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 5 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-03101-BNB

DANIEL L. ROSALES,

    Applicant,

v.

KEVIN MILYARD, Warden, S.C.F. and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

ORDER DIRECTING APPLICANT TO FILE
SECOND AMENDED APPLICATION

---

    Applicant, Daniel L. Rosales, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Correctional Facility in Sterling, Colorado. On December 21, 2010, Mr. Rosales, acting *pro se*, submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On January 20, 2011, the Court instructed Mr. Rosales to amend the Application and assert both his claims and supporting facts on a Court-approved form used in filing 28 U.S.C. § 2254 actions.

    Mr. Rosales filed an Amended Application on February 24, 2011, but again failed to assert facts supporting each claim. Mr. Rosales refers to an attached motion as containing a statement of supporting facts, but no motion is attached to the Amended Application. The Court will direct Mr. Rosales to file a Second Amended Application

that complies with the Court's January 20 Order. If Mr. Rosales fails to comply, the action will be dismissed without further notice. Accordingly, it is

ORDERED that Mr. Rosales file **within thirty days from the date of this Order** a Second Amended Application that complies with the Court's Order of January 20, 2011. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Rosales, together with a copy of this Order, two copies of the following form to be used in filing the Second Amended Application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Rosales fails within the time allowed to file a Second Amended Application as directed the action will be dismissed without further notice. It is

FURTHER ORDERED that the Clerk of the Court is instructed to mail a copy of the Amended Complaint (Doc. No. 6) to Mr. Rosales. No copies of future pleadings will be provided to Mr. Rosales without payment.

DATED February 25, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03101-BNB

Daniel L Rosales
Prisoner No. 115593
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 form** to the above-named individuals on February 25, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk