IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 2 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-03101-BNB

DANIEL ROSALES,

    Applicant,

v.

KEVIN MILYARD, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty days from the date of this Order** Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Case No. 01CR3022, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this Order to the following for assistance in facilitating the provision of the needed state court record:

(1) Clerk of the Court
    Jefferson County Combined Courts
    Att: Appeals
    100 Jefferson County Parkway
    Golden, Colorado 80401;

(2) Assistant Solicitor General
    Appellate Division
    Office of the Attorney General
    1525 Sherman Street
    Denver, Colorado 80203; and

(3) Court Services Manager
    State Court Administrator's Office
    101 W. Colfax, Ste. 500
    Denver, Colorado 80202

DATED August 2, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03101-BNB

Daniel L Rosales
Prisoner No. 115593
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Clerk of the Court
Jefferson County Combined Courts
Att: Appeals
100 Jefferson County Parkway
Golden, Colorado 80401

Assistant Solicitor General
Appellate Division
Office of the Attorney General
1525 Sherman St
Denver, CO 80203

Court Services Manager
State Court Administrator's Office
101 W. Colfax, Ste. 500
Denver, CO 80202

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 2, 2011.

                                                   GREGORY C. LANGHAM, CLERK

                                           By:_____
                                                        Deputy Clerk