FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

SEP 1 2 2011

Civil Action No. 10-cv-03101-BNB

GREGORY C. LANGHAM
CLERK

DANIEL L. ROSALES,

      Applicant,

v.

KEVIN MILYARD, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

## ORDER DRAWING CASE

---

      Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

      ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED at Denver, Colorado, this 12th day of September, 2011.

                        BY THE COURT:

                        *s/Craig B. Shaffer*
                        Craig B. Shaffer
                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03101-BNB

Daniel L Rosales
Prisoner No.  115593
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

        I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on September 12, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
        Deputy Clerk