**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Christine M. Arguello**

Civil Action No. 10-cv-03101-CMA

DANIEL L. ROSALES,

     Applicant,

v.

KEVIN MILYARD, Warden, S.C.F., and
JOHN SUTHERS, The Attorney General of the State of Colorado,

     Respondents.

---

**ORDER RE MOTION FOR LOAN OF THE RECORD
AND EXTENSION OF TIME TO REVIEW**

---

At issue is Applicant's Motion for Loan of the Record and Extension of Time of 90 days to Review the Record and Complete a Traverse (Doc. # 31), filed on January 19, 2012. Applicant requests a ninety-day extension to review the state court record so that he may prepare a reply to Respondents' Answer. Applicant also asks for appointment of counsel.

Applicant fails to assert how his request is related to any claim for relief. "A habeas proceeding is not a fishing expedition." *See Teti v. Bender*, 507 F.3d 50, 60 (1st Cir. 2007), *cert. denied*, 552 U.S. 1287 (2008). The request is broad and general, lacks the specificity to support a finding of good cause, and, therefore, will be denied. Accordingly, it is

ORDERED that Applicant's request for the state court record (Doc. # 31) is DENIED FOR LACK OF SPECIFICITY. It is

FURTHER ORDERED that Applicant's request for appointment of counsel (Doc. # 31, is DENIED AS PREMATURE.

DATED: February __02__, 2012

BY THE COURT:

*[signature]*

CHRISTINE M. ARGUELLO
United States District Judge